Herbert Parsons, appellee, v. Percy W. Stephens, trading as United States Utilities, appellant. Gen. No. 37,601.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed May 24, 1934.

Charles O. Loucks, for appellant; Reuben E. Swanson, of counsel. No appearance for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

Peter C. McArdle, appellant, v. City of Chicago et al., appellees. Gen. No. 37,668.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed May 24, 1935. Rehearing denied June 5, 1935.

Edward J. McArdle, Jr., for appellant; E. J. McArdle, Sr., of counsel. William H. Sexton, Corporation Counsel, for appellees; Joseph F. Grossman, First Assistant Corporation Counsel, and Carl H. Lundquist, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

The People of the State of Illinois ex rel. John Rusch, defendant in error, v. Henry Lynch et al., plaintiffs in error. Gen. No. 37,796.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed May 24, 1935.

John F. Higgins and A. O. Galvin, for plaintiffs in error. Thomas J. Courtney, for defendant in error.

Mr. Presiding Justice Friend delivered the opinion of the court.